AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

FILED
EASTERN DISTRICT ARKANSAS
JUN 16 2011
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA
v.
ANDREW ROSHAN BRADFORD

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No.  4:04cr00260-01 JMM
USM No.  24255-009

Chris Tarver
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  General, Std & Special  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from use of a controlled substance | 11/05/2010 |
| Standard 7 | Failure to refrain from possession of a controlled substance | 11/05/2010 |
| Special | Failure to complete residential re-entry center | 12/24/2010 |
| Standard 2 | Failure to submit truthful monthly reports | 02/01/2011 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  7508

Defendant's Year of Birth:  1981

City and State of Defendant's Residence:
Pine Bluff, Arkansas

06/16/2011
Date of Imposition of Judgment

/s/ James M. Moody
Signature of Judge

James M. Moody          US District Judge
Name and Title of Judge

06/16/2011
Date

AO 245D  (Rev. 12/07) Judgment in a Criminal Case for Revocations
        Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: ANDREW ROSHAN BRADFORD
CASE NUMBER: 4:04cr00260-01 JMM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard 3 | Failure to answer the probation officer truthfully | 03/24/2011 |

AO 245D  (Rev. 12/07) Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: ANDREW ROSHAN BRADFORD
CASE NUMBER: 4:04cr00260-01 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**ELEVEN (11) MONTHS**

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall participate in mental health counseling and nonresidential substance abuse treatment.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL